

**U.S. Department of Justice**

_Eastern District of California_

_United States Attorney_

McGregor W. Scott
United States Attorney

501 I Street, Suite 10-100         916/554-2700

Sacramento, California  95814     Fax 916/554-2900
                                  TTY 916/554-2855

December 8, 2005

Honorable Kimberly J. Mueller
U. S. Magistrate Judge
501 I Street
Sacramento, California  95814

    Re:  United States v. Anthony Marcelous Knox
         Magistrate # 05-198-KJM
         <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Mueller:

    There was filed before you, on July 12, 2005, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the subject was located and arrested in Reno, Nevada, and is in the custody of local authorities.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                               Very truly yours,

                               McGREGOR W. SCOTT
                               United States Attorney

                             By <u>/S/ THOMAS E. FLYNN</u>
                                 THOMAS E. FLYNN
                             Assistant U.S. Attorney

IT IS SO ORDERED:

DATED:  December 13, 2005.

                             _____
                             UNITED STATES MAGISTRATE JUDGE